IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **GREGORY GOODS,** | Case No. 2:17-cv-00660 JAM DMC P |
| Plaintiff, | **ORDER** |
| v. | |
| **TIM VIRGA, et al.,** | |
| Defendants. | |

On August 9, 2021, Defendant Jochim-Doering moved the Court for an order allowing her to join in the request for an extension of time previously filed on July 2, 2021 (ECF No 33). The Court has considered Defendant's request, and good cause appearing, the request is granted. Defendant Jochim-Doering shall have until August 31, 2021, to file either a motion to dismiss the claims against her, or answer to the First Amended Complaint.

**IT IS SO ORDERED.**

Dated: August 9, 2021

_____
DENNIS M. COTA
UNITED STATES MAGISTRATE JUDGE

1