1

2

3

4

5

6

7

8                       IN THE UNITED STATES DISTRICT COURT

9                      FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11

**GREGORY GOODS,**                                 Case No. 2:17-cv-00660 JAM DMC P
12
                                          Plaintiff,   **ORDER GRANTING DEFENDANTS'**
13                                                      **MOTION TO MODIFY SCHEDULING**
                          **v.**                        **ORDER**
14

15   **TIM VIRGA, et al.,**

16                                        Defendants.

17

18          Defendants moved this Court to modify the discovery and scheduling order, extending the

19   close of discovery through **August 12, 2022** and the dispositive motion deadline to **November**

20   **11, 2022.**  After full consideration, and good cause appearing therefor based on counsel's

21   declaration indicating the need for additional time to conduct discovery due to Plaintiff's

22   separation from his legal materials upon transfer to a different prison, Defendants' motion, ECF

23   No. 46, is GRANTED.

24          / / /

25          / / /

26          / / /

27          / / /

28          / / /

1      The deadline for completing all discovery is extended to **August 12, 2022** and the

2  dispositive motion deadline is extended to **November 11, 2022.**

3      IT IS SO ORDERED.

5  Dated:  May 27, 2022

6                       DENNIS M. COTA
7                       UNITED STATES MAGISTRATE JUDGE