IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GREGORY GOODS, | No. 2:17-CV-0660-JAM-DMC-P |
| Plaintiff, | |
| v. | ORDER |
| TIM V. VIRGA, et al., | |
| Defendants. | |

Plaintiff, a prisoner proceeding pro se, brings this civil rights action under 42 U.S.C. § 1983.  Pending before the Court is Plaintiff's motion, ECF No. 44, for an extension of time "to persue [sic] possible settlement through negotiations."  Plaintiff's motion is denied as unnecessary because the parties may pursue settlement discussions without leave of Court and such discussions are not subject to any Court-imposed deadline.

IT IS SO ORDERED.

Dated:  June 3, 2022

_____
DENNIS M. COTA
UNITED STATES MAGISTRATE JUDGE

1