IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GREGORY GOODS, | No. 2:17-CV-0660-JAM-DMC-P |
| Plaintiff, | |
| v. | ORDER |
| TIM V. VIRGA, et al., | |
| Defendants. | |

Plaintiff, a prisoner proceeding pro se, brings this civil rights action under 42 U.S.C. § 1983. Pending before the Court is Plaintiff's motion, ECF No. 48, for further modification of the Court's December 9, 2021, initial scheduling order, which was first modified on Defendants' request on May 27, 2022. Plaintiff's motion is denied for two reasons. First, Plaintiff's motion, which seeks an extension of the "June 13" discovery deadline, appears not to recognize that the Court has already extended this deadline to August 12, 2022. See ECF No. 47. Second, Plaintiff does not specify any new deadlines in his motion.

IT IS SO ORDERED.

Dated: June 3, 2022

_____
DENNIS M. COTA
UNITED STATES MAGISTRATE JUDGE

1