IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **GREGORY GOODS,** | Case No. 2:17-cv-00660 JAM DMC P |
| Plaintiff, | **ORDER** |
| v. | |
| **TIM VIRGA, et al.,** | |
| Defendants. | |

Pending before the Court is Defendants' request for leave to conduct Plaintiff's deposition by remote means under Federal Rule of Civil Procedure 30(b)(4). Good cause appearing, IT IS HEREBY ORDERED that Defendants' request, ECF No. 49, for leave to take Plaintiff's deposition remotely is GRANTED.

Dated: June 3, 2022

_____
DENNIS M. COTA
UNITED STATES MAGISTRATE JUDGE