IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GREGORY GOODS,<br><br>  Plaintiff,<br><br>  v.<br><br>TIM V. VIRGA, et al.,<br><br>  Defendants. | No. 2:17-CV-0660-DJC-DMC-P<br><br><br><br>ORDER |

Plaintiff, a prisoner proceeding pro se, brings this civil rights action under 42 U.S.C. § 1983.  Pending before the Court are the parties' motions for modification of the schedule for this case.  See ECF Nos. 55 and 58.

A review of the docket reflects that discovery in this matter closed on August 12, 2022.  See ECF No. 47.  Defendants have timely filed a motion to compel discovery.  See ECF No. 54.  The Court finds it appropriate to vacate the dispositive motion filing deadline pending resolution of Defendants' motion to compel.  Upon resolution of Defendants' motion to compel, the Court will re-set the deadline to file dispositive motions.

/ / /

/ / /

/ / /

/ / /

1

Accordingly, IT IS HEREBY ORDERED as follows:

1. The parties' motions to modify the schedule, ECF Nos. 55 and 58 are granted.

2. The remaining schedule for this case, consisting only of the dispositive motion filing deadline, is vacated.

3. The Court will re-set the dispositive motion filing deadline upon resolution of Defendants' pending motion to compel, which will be addressed by separate order.

4. The Clerk of the Court is directed to terminate ECF Nos. 55 and 58 as pending motions.

Dated:  April 26, 2023

_____
DENNIS M. COTA
UNITED STATES MAGISTRATE JUDGE