IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **GREGORY GOODS,**<br><br>Plaintiff,<br><br>v.<br><br>**TIM VIRGA, et al.,**<br><br>Defendants. | Case No. 2:17-cv-00660 DJC DMC P<br><br>**ORDER GRANTING MOTION TO VACATE DISPOSITIVE-MOTION DEADLINE** |

Defendants Clough, Macomber, Raetz, Spangler, Slaughter, Peterson, Baughman, Jochim-Dorning, Konrad, Kimzey, Tabayoyong, Deroco, Prentice, Sharp, Roth, Ramirez, Evans, Virga and Hinrichs have moved to vacate the current deadline for filing a dispositive motion, and asked that the Court set a new dispositive-motion deadline once it rules on Defendants' pending motion for terminating sanctions against Plaintiff. Good cause appearing, the motion will be granted.

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

Accordingly, IT IS HEREBY ORDERED as follows:

1. Defendants' motion to vacate the dispositive motion filing deadline, ECF No. 67, is GRANTED.

2. The dispositive motion filing deadline is VACATED pending the Court's final decision on Defendants' motion for terminating sanctions.

Dated: July 13, 2023

_____
DENNIS M. COTA
UNITED STATES MAGISTRATE JUDGE