IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GREGORY GOODS, | No. 2:17-CV-0660-DJC-DMC-P |
| Plaintiff, | |
| v. | ORDER |
| TIM V. VIRGA, et al., | |
| Defendants. | |

Plaintiff, a prisoner proceeding pro se, brings this civil rights action under 42 U.S.C. § 1983. Pending before the Court is Defendants' motion for a stay of discovery pending resolution of their motion for terminating sanctions. See ECF No. 71. Good cause appearing therefor based on counsel's declaration indicating that, despite discovery having already closed in this case and the Court having previously ordered Plaintiff to produce discovery to Defendants, Plaintiff nonetheless has served over 700 new discovery requests on Defendants, Defendants' motion will be granted.

The Court will address Defendants' motion for terminating sanctions, which is unopposed, by findings and recommendations issued herewith.

/ / /

/ / /

/ / /

1

Accordingly, IT IS HEREBY ORDERED as follows:

1. Defendants' motion to stay discovery, ECF No. 71, is GRANTED.

2. Defendants are not obligated to respond to Plaintiff's discovery requests, which were served after the close of discovery, pending further order of the Court.

Dated: August 16, 2023

_____
DENNIS M. COTA
UNITED STATES MAGISTRATE JUDGE