IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GREGORY GOODS, | No. 2:17-CV-0660-DJC-DMC-P |
| Plaintiff, | |
| v. | ORDER |
| TIM V. VIRGA, et al., | |
| Defendants. | |

Plaintiff, a prisoner proceeding pro se, brings this civil rights action under 42 U.S.C. § 1983. Pending before the Court is Plaintiff's second motion, ECF No. 77, for an extension of time to file objections to the Court's August 17, 2023, findings and recommendations. Good cause appearing therefor based on Plaintiff's declaration indicating the need for additional time due to limited law library access, Plaintiff's motion will be granted.

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

1

Accordingly, IT IS HEREBY ORDERED as follows:

1. Plaintiff's motion for an extension of time, ECF No. 77, is GRANTED.

2. The parties may file objections to the Court's August 18, 2023, findings and recommendations within 30 days of the date of this order.

Dated: October 17, 2023

DENNIS M. COTA
UNITED STATES MAGISTRATE JUDGE