UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

GREGORY GOODS,

           Plaintiff,

     v.

TIM V. VIRGA, et al.,

           Defendants.

No. 2:17-CV-0660-DJC-DMC-P

ORDER

Plaintiff, a prisoner proceeding pro se, brings this civil rights action under 42 U.S.C. § 1983.  The matter was referred to a United States Magistrate Judge pursuant to Eastern District of California local rules.

On August 17, 2023, the Magistrate Judge filed findings and recommendations herein which were served on the parties and which contained notice that the parties may file objections within the time specified therein.  Timely objections to the findings and recommendations have been filed.

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 304(f), this Court has conducted a *de novo* review of this case.  Having carefully reviewed the entire file, the Court finds the findings and recommendations to be supported by the record and by proper analysis.

/ / /

1

1   After entry of the findings and recommendations, Defendants notified the

2   Court that Plaintiff had submitted supplemental responses to Defendants'

3   Interrogatories and Requests for Production of Documents Nos. 1 and 2. (*See* Notice

4   to the Court (ECF No. 74) at 1–2, Ex. A.) While the responses to the Interrogatories are

5   sufficiently responsive, Plaintiff has failed to adequately respond to the Request for

6   Production by failing to produce the documents identified in the interrogatory

7   responses or show that Plaintiff exercised due diligence in attempting to obtain the

8   documents. While Plaintiff maintains that he is missing certain documents after the

9   transfer of his property, he has failed to request his file through the *Olson* review

10  process. *See In re Olson*, 37 Cal. App. 3d 783 (1974); (ECF No. 64 at 9). The Court

11  cannot excuse Plaintiff's failure to obtain and produce the requested documents

12  without a sufficient showing of diligence. The responses thus do not affect the

13  analysis or conclusions in the findings and recommendations.

14  Plaintiff's objections to the findings and recommendations likewise do not

15  affect the findings and recommendation. First, although Plaintiff admits that his legal

16  documents were eventually transferred, he asserts that some of his legal mail is

17  missing (though he has repeatedly failed to describe what he believes is missing).

18  (Objections (ECF No. 81 at 1.) As noted above, Plaintiff had other avenues to obtain

19  the relevant documents which he failed to utilize. Next, Plaintiff asserts that he did not

20  timely oppose the Defendants' Motion because he did not understand what it was.

21  (*Id.* at 2.) Had Plaintiff read the Motion he would have gathered that it was a motion to

22  sanction Plaintiff by terminating the case, and his lack of reasonable diligence in this

23  regard does not excuse his failure to oppose to Motion. In any event, the objections

24  do not raise any new arguments or counsel toward a different outcome. Similarly,

25  Plaintiff stated that he believed he had until August 4, 2023 and argues that his failure

26  to timely produce discovery should be excused. (*Id.* at 2.) However, even if the Court

27  considers the late-filed discovery, Plaintiff's responses are insufficient and do not

28  ////

2

satisfy his discovery requirement.  In short, the objections also do not affect the analysis or conclusions in the findings and recommendations.

Accordingly, IT IS HEREBY ORDERED as follows:

1.      The findings and recommendations filed August 17, 2023, ECF No. 72, are adopted in full.

2.      Defendants' unopposed motion for terminating sanctions, ECF No. 66, is GRANTED.

3.      This action is DISMISSED without prejudice.

4.      The Clerk of the Court is directed to enter judgment and close this file.

IT IS SO ORDERED.

Dated:   **March 11, 2024**

Hon. Daniel J. Calabretta
UNITED STATES DISTRICT JUDGE

3