UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GREGORY GOODS,<br><br>           Plaintiff,<br><br>    v.<br><br>TIM VIRGA,<br><br>           Defendants. | No.  2:17-cv-00660-DJC-DMC<br><br><br>ORDER |

Plaintiff has filed a "Motion to Alter or Amend Order" in this closed action.  (ECF No. 85.)  Having reviewed the motion, this motion is properly construed as a Motion for Relief from a Final Judgment under Federal Rule of Civil Procedure 60.[1]  Plaintiff has not shown any grounds for reconsideration of this Court's Order dismissing the action without prejudice.  *See* Fed. R. Civ. P. 60(b).

IT IS HEREBY ORDERED that Plaintiff's Motion to Alter or Amend (ECF No. 85) is DENIED.  This order resolves all pending motions.

IT IS SO ORDERED.

Dated:  **August 1, 2024**

Hon. Daniel J. Calabretta
UNITED STATES DISTRICT JUDGE

---

[1] Plaintiff's Motion references Federal Rule of Civil Procedure 59 but this rule is for post-trial motions and is thus inapplicable here.

1