UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GREGORY GOODS, | No. 2:17-cv-00660-DJC-DMC |
| Plaintiff, | |
| v. | ORDER |
| TIM VIRGA, et al., | |
| Defendants. | |

Plaintiff has filed a "Motion for Relief from Final Judgment" under Federal Rule of Civil Procedure 60 in this closed action. (ECF No. 91.) The Court previously denied a motion which was construed as a motion under Rule 60.[1] (*See* ECF No. 90.)

Plaintiff claims that he should be relieved from judgment on the basis of Plaintiff's mistake or excusable neglect. However, the Court's Order dismissing this action was not entered due to Plaintiff's mistake or excusable neglect. Plaintiff previously raised these alleged mistakes in Plaintiff's objection to the Findings and Recommendations. (ECF No. 81 at 2.) These arguments were fully considered by the Court in adopting those Findings and recommendations.

Plaintiff also argues that judgment was the result of fraud, misrepresentation, or misconduct by the opposing party, but Plaintiff only alleges misconduct by "CDCR

---

[1] Plaintiff objects to the Court construing the previous motion as a motion under Rule 60. As explained in the Court's prior order, Rule 59, which Plaintiff cited as the basis for his motion, is inapplicable as it is a rule for post-trial motions.

1

staff" broadly. (ECF No. 91 at 2.) Nothing in Plaintiff's motion indicates fraud or misconduct by Defendants or their attorneys. Plaintiff even notes that Defendants' attorneys was responsible for ensuring Plaintiff's property was ultimately returned.

Accordingly, IT IS HEREBY ORDERED that Plaintiff's Motion for Relief from Final Judgment (ECF No. 91) is DENIED. No further filings will be entertained in this closed case.

Dated: September 10, 2024

*/s/ Daniel J. Calabretta*
THE HONORABLE DANIEL J. CALABRETTA
UNITED STATES DISTRICT JUDGE

2