UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GREGORY GOODS,<br><br>          Plaintiff - Appellant,<br><br>     v.<br><br>TIM VIRGA, et al.,<br><br>          Defendants - Appellees. | No.  2:17-cv-00660-DJC-DMC P<br><br><br><br>ORDER |

      Plaintiff, a state prisoner proceeding in forma pauperis, originally filed a civil rights action pursuant to 42 U.S.C. § 1983 on March 29, 2017.  (ECF No. 1.)  On May 5, 2023, the Magistrate Judge issued an order granting Defendants' Motion to Compel Plaintiff to respond to interrogatories and requests for production to which Plaintiff had not responded.  (ECF No. 64.)  The Magistrate Judge denied Defendants' request for terminating sanctions at that time but warned Plaintiff that "failure to comply with this order may lead to the issuance of appropriate sanctions, including the terminating sanction of dismissal." (*Id*. at 10.)

      On August 17, 2023, The Magistrate Judge issued Findings and Recommendations recommending that this action be dismissed based on Plaintiff's continued failure to respond to discovery requests and comply with the prior order.

1

(ECF No. 72.)  These Findings and Recommendations were adopted by the Court, terminating sanctions were granted, and the action was dismissed without prejudice.[1]  (ECF No. 83.)  Judgment was entered that same day.  (ECF No. 84.)  The Court subsequently considered and denied two post-judgment motions by Plaintiff.  (*See* ECF Nos. 83, 92.)

On September 30, 2024, Plaintiff filed a notice of appeal.  (ECF No. 93.)  The Ninth Circuit Court of Appeals referred this matter back to this Court on October 7, 2024, for the limited purpose of determining whether in forma pauperis status should continue on appeal or whether the appeal is frivolous or taken in bad faith.  (ECF No. 96.)

The Federal Rules of Appellate Procedure provide as follows:

> [A] party who has been permitted to proceed in an action in the district court in forma pauperis . . . may proceed on appeal in forma pauperis without further authorization unless . . . the district court shall certify that the appeal is not taken in good faith or shall find that the party is otherwise not entitled so to proceed . . . .

Fed. R. App. P. 24(a)(3).  After review of the record herein, the Court finds that Plaintiff's appeal is frivolous and not taken in good faith.

Accordingly, IT IS HEREBY ORDERED that Plaintiff's in forma pauperis status is revoked.  *See* Fed. R. App. P. 24(a)(3); *see also Hooker v. American Airlines*, 302 F.3d 1091, 1092 (9th Cir. 2002) (revocation of forma pauperis status is appropriate where district court finds the appeal to be frivolous).

IT IS SO ORDERED.

Dated:  **October 11, 2024**

Hon. Daniel J. Calabretta
UNITED STATES DISTRICT JUDGE

---

[1] Plaintiff filed Objections to the Findings and Recommendations (ECF No. 81) which were fully considered by the Court in making its decision to adopt the Findings and Recommendations and dismiss this action (*see* ECF No. 83 at 1).